# EXHIBIT A

## DID YOU KNOW?

Glyphosate targets an enzyme found in plants but not in people or pets.

**Roundup**

WHERE TO USE
- Flower Beds
- Around Trees
- Driveways & Walkways
- Fence Lines

WHAT TO KNOW
- Rainproof in 10 Minutes
- Visible Results in 3 Hours
- Plant 1-3 Days After Application (see booklet for details)

OPEN ABRA

HOW TO USE
- Connect Hose
- Extend Wand

©2013 MONSANTO COMPANY
Produced by Monsanto Company
Lawn & Garden Products
P.O. Box ___
Marysville, OH 43041
EPA Reg. No. 71995-33
EPA Est. 239-IA-3, 239-MS-001
*Superscript is first letter of lot number

PPN 100021L2-16032
LB3952

0  70183 52002  2

Abra: Booklet for Assembly and Use Instructions / Abra: consulta las instrucciones para ensamblar y para usar.